■ LEIBINGER-ROBERTS, INC., Appellant, v WAYNE FULTON, Respondent, et al., Defendants. [625 NYS2d 488] —Judgment, Supreme Court, New York County (Ira Gammerman, J., and a jury), entered February 24, 1994, in favor of defendant-respondent and against plaintiff, unanimously affirmed, without costs.

In this action by a corporation against its former president and director alleging, *inter alia,* unauthorized disclosure of trade secrets in violation of an express employment contract and fiduciary duties, we find that the jury instructions, viewed as a whole, adequately explained the applicable legal principles and their relation to the factual contentions of the parties, and that the jury reasonably determined that defendant's unauthorized dissemination of certain confidential information did not cause any reduction in the market value of plaintiff corporation. We have considered plaintiff's other contentions and find them to be without merit. Concur—Wallach, J. P., Asch, Nardelli, Tom and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAX RODRIGUEZ, Appellant. [625 NYS2d 28] —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered April 8, 1993, convicting defendant, upon his guilty plea, of attempted murder in the second degree and sentencing him to a term of 8⅓ to 25 years, unanimously affirmed.

The IAS Court properly denied defendant's application to withdraw his guilty plea, as it was based on defendant's conclusory and unsupported claims. Even though the defendant's mother apparently told defendant that she had not given a statement to the police and would not have testified against her son at trial, the plea does not appear to have been the product of coercion. Indeed, the People's case included the defendant's signed confession and his accomplice's agreement to testify against defendant.

We decline to reduce the negotiated sentence imposed as it was neither unduly harsh nor excessive. Concur—Wallach, J. P., Asch, Nardelli, Tom and Mazzarelli, JJ.